IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGER G. MORELAND,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

CV 07-1581-MA

JUDGMENT

Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for further proceedings, during which plaintiff's testimony regarding the severity of his symptoms shall be credited as true and the opinions of his treating physicians shall be credited in determining whether plaintiff is disabled.

    IT IS SO ORDERED.

    DATED this <u>  6  </u> day of October, 2008

                                 <u>/S/   Malcolm F. Marsh</u>
                                 Malcolm F. Marsh
                                 United States District Judge

1 - JUDGMENT

2 - JUDGMENT