SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROGER W. MORELAND, | Civil No. 07-1581 MA |
| Plaintiff, | ORDER FOR EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $5,112.55 are awarded to plaintiff (Moreland) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

DATED this __3__ day of __Dec.__, 2008.

_/s/ Malcolm F. Marsh_
UNITED STATES DISRCTIC COURT JUDGE

ORDER FOR EAJA FEES - 1

1  Submitted by:

2

3  /s/ SARA L. GABIN
   SARA L. GABIN, OSB#81234
4  Attorney for Plaintiff

5  Approved by:

6

7  /s/ NANCY A. MISHALANIE
   NANCY A. MISHALANIE
8  Special Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR EAJA FEES - 2