

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGER W. MORELAND,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

CV-07-1581-MA

SUPPLEMENTAL JUDGMENT

Based on the Application (#17) and Stipulation (#18) of the parties, and the order filed herewith, attorney fees in the amount of $5,112.55 are awarded to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner shall mail the check to Attorney Sara L. Gabin at 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

    IT IS SO ORDERED.

    Dated this 3 day of December, 2008.

                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge

1 - SUPPLEMENTAL JUDGMENT